

Howard G. MATHEWS and Martha I. Mathews, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 14037.

United States Court of Appeals Third Circuit.

Argued Jan. 10, 1963.

Decided Jan. 22, 1963.

Stanford Shmukler, Philadelphia, Pa., for petitioners.

Martin B. Cowan, Atty. Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Harry Baum, Attys., Dept. of Justice, Washington, D. C., on the brief), for Commissioner of Internal Revenue.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error.

The decision of the Tax Court of the United States, 36 T.C. 483, will be affirmed.

UNITED STATES of America, Appellee,

v.

Milton HOLLOWAY, Defendant-Appellant.

No. 220, Docket 27822.

United States Court of Appeals Second Circuit.

Argued Jan. 23, 1963.

Decided Jan. 23, 1963.

Milton Holloway, *pro se*, submitted.

Robert M. Morgenthau, U. S. Atty., S. D. New York, William J. Quinlan, Andrew T. McEvoy, Jr., Asst. U. S. Attys., submitted brief for appellee.

Before FRIENDLY, KAUFMAN and MARSHALL, Circuit Judges.

PER CURIAM.

We affirm in open court Judge Dimock's denial of the petitioner's motion without hearing. The files and records of the case conclusively show that the prisoner is entitled to no relief.

UNITED STATES of America

v.

William A. MOUSLEY, Mae E. Mousley, Appellants.

Nos. 13969, 13970.

United States Court of Appeals Third Circuit.

Argued Jan. 8, 1963.

Decided Jan. 22, 1963.

Lester J. Schaffer, Philadelphia, Pa. (William Jay Leon, Philadelphia, Pa., on the brief), for appellants.

J. Shane Creamer, Asst. U. S. Atty., Philadelphia, Pa. (Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before KALODNER, HASTIE and GANEY, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error. The judgment of sentence dated February 26, 1962 will be affirmed, 201 F.Supp. 510.